TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00373-CV

Robert Dickson, Mike Ezzell and Jolene Hudson, Appellants

v.

Robin Brannon, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 95-15488, HONORABLE JERRY DELLANA, JUDGE PRESIDING 

PER CURIAM

 Appellants have moved to dismiss the appeal. The motion is unopposed. Accordingly,
we grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellants' Motion

Filed: October 23, 1997

Do Not Publish